**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

**MONTELL WILLIAMS,**
Plaintiff–Appellant,

v.

**LLOYD ARNOLD,**
Defendant–Appellee.

Appeal No. **26-1014**

U.S.C.A. – 7th Circuit
RECEIVED
JAN 20 2026

# MOTION FOR APPOINTMENT OF COUNSEL

*(Seventh Circuit Pro Bono Program)*

Plaintiff–Appellant Montell Williams, proceeding pro se, respectfully moves this Court for appointment of counsel pursuant to the Seventh Circuit's Pro Bono Program, and states as follows:

### 1. Nature of the Appeal

This appeal challenges the constitutionality of the district court's **December 15, 2025 Opinion and Order**, which exceeded the limits of Article III authority and resulted in the imposition—or facilitation of the imposition—of civil regulatory consequences absent a valid statutory predicate or continuing jurisdiction.

The appeal presents substantial constitutional questions, including whether a federal court may enter or sustain an order that imposes continuing civil restraints on liberty where **subject-matter jurisdiction was lacking at entry**, and whether such an order violates the Due Process Clause when enforced through the threat of criminal penalties.

These issues arise from the face of the district court's order and the undisputed procedural record.

## 2. Legal Complexity and Need for Counsel

The appeal raises **purely legal** and **constitutionally significant** questions concerning:

- Article III subject-matter jurisdiction
- Separation of powers
- Due process limitations on civil orders carrying criminal consequences

Resolution requires careful appellate briefing addressing Supreme Court and Seventh Circuit precedent governing jurisdictional defects, void orders, and the constitutional limits of judicial authority.

Appellant is not trained in appellate advocacy and lacks the financial means to retain counsel. Given the complexity of the issues and the importance of precise constitutional framing, representation by experienced appellate counsel would materially improve the quality of briefing and aid the Court's decisional process.

## 3. Importance of the Issues Presented

The order under review has **immediate and continuing consequences affecting Appellant's liberty interests**, including exposure to arrest and prosecution. The validity of that order is the central issue on appeal.

Beyond its significance to this case, the appeal presents an opportunity for clarification of the constitutional boundaries governing civil orders that function as regulatory restraints enforceable through criminal penalties. Appointment of counsel would assist the Court by ensuring professional, focused presentation of these serious constitutional questions.

## 4. Procedural Posture and Immediacy

This appeal is properly before the Court. Appellant has complied with all procedural requirements and is actively litigating the matter. A **motion for stay pending appeal** is currently pending, underscoring the urgency of the constitutional issues presented and the need for effective appellate advocacy.

# CONCLUSION

For the foregoing reasons, Appellant respectfully requests that the Court appoint counsel to represent him in this appeal pursuant to the Seventh Circuit's Pro Bono Program, or grant such other relief as the Court deems just and proper.

Respectfully submitted,

/s/ **Montell Williams**
Montell Williams
Plaintiff–Appellant, Pro Se
6626 Nebraska Ave., Apt. 2A
Hammond,Indiana 46323
Telephone: 219-214-1619
Email: m1strategiesinc@gmail.com

# CERTIFICATE OF SERVICE

I certify that on **January 20th 2026**, a true and correct copy of the foregoing *Motion for Appointment of Counsel* was served on all counsel of record through the Court's **CM/ECF electronic filing system**, which automatically sends notice of filing to registered CM/ECF users.

/s/ **Montell Williams**
Montell Williams
Plaintiff–Appellant, Pro Se