# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 21, 2026

*By the Court:*

| | |
|---|---|
| No. 26-1014 | MONTELL V. WILLIAMS,<br>  Plaintiff - Appellant<br><br>v.<br><br>LLOYD ARNOLD,<br>  Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 2:25-cv-00108-GSL-APR<br>Northern District of Indiana, Hammond Division<br>District Judge Gretchen S. Lund ||

**IT IS ORDERED** that briefing in this appeal is **SUSPENDED** pending resolution of the motion for appointment of counsel filed by the appellant on January 20, 2026.


form name: **c7_Order_BTC**    (form ID: **178**)