No. 26-1014

In the
United States Court of Appeals
for the Seventh Circuit

---

MONTELL WILLIAMS,
*Plaintiff-Appellant,*

v.

LLOYD ARNOLD,
*Defendant-Appellee.*

---

Appeal from the United States District Court
for the Northern District of Indiana, Hammond Division,
No. 2:25-cv-108-GSL-APR,
The Honorable Gretchen S. Lund, Judge.

---

**APPEARANCE OF COUNSEL FOR APPELLEE**

---

Attorney General of Indiana Todd Rokita, by Attorney David A. Arthur, hereby enters his appearance on behalf of Defendant - Appellee, in the above-referenced matter.

The address of Attorney David A. Arthur is Office of the Indiana Attorney General, 302 W. Washington Street, Indiana Government Center South, Fifth Floor, Indianapolis, Indiana, 46204.  The telephone number is (317) 454-1418 and the fax number is (317) 232-7979.  His email is David.Arthur@atg.in.gov.

1

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General

DAVID A. ARTHUR
Attorney

*Counsel for Appellee Commissioner of the Indiana Department of Correction*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I also hereby certify that on April 10, 2026, I have served the foregoing document on the individual listed below by causing it to be placed in a governmental system whereby postage is affixed within a reasonable time after it is so placed by me, for mailing through U.S. Mail, first-class postage pre-paid, and addressed to

MONTELL V. WILLIAMS
6626 NEBRASKA AVENUE
APARTMENT 2A
HAMMOND, IN  46323

DAVID A. ARTHUR
Attorney

OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (765) 623-7834
Fax: (317) 232-7979
Email:  David.Arthur@atg.in.gov

2